

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Corey Colin Moody, Appellant

No. 06-24-00122-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 55170-A). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and the clerk's bill of costs by deleting the $1,478.00 assessment for court-appointed attorney fees. As modified, we affirm the judgment of the trial court.

We note that the appellant, Corey Colin Moody, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 11, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk